IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MARIE BEKELE,

    Plaintiff,

v.

CITY OF SAN RAFAEL, a municipal corporation, and BRAD KASHACK, individually and in his official capacity as a police officer,

    Defendants.

No. C 06-06355 JSW

**ORDER OF REFERRAL TO MAGISTRATE JUDGE JAMES LARSON FOR SETTLEMENT CONFERENCE**

Pursuant to Civil Local Rule 72-1 and ADR Local Rule 7-2, this matter is referred to Magistrate Judge James Larson to conduct a settlement conference by no later than July 9, 2007, if possible.

The parties will be advised of the date, time and place of appearance by notice from the assigned magistrate judge.

**IT IS SO ORDERED.**

Dated: March 9, 2007

                                                JEFFREY S. WHITE
                                                UNITED STATES DISTRICT JUDGE

cc: Wings Hom