THOMAS F. BERTRAND, State Bar No. 056560
RICHARD W. OSMAN, State Bar No. 167993
BERTRAND, FOX, & ELLIOT
The Waterfront Building
2749 Hyde Street
San Francisco, California 94109
Telephone: (415) 353-0999
Facsimile: (415) 353-0990

Attorneys for Defendants CITY OF SAN RAFAEL
and BRAD KASHACK

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIE BEKELE, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>CITY OF SAN RAFAEL, a municipal corporation, BRAD KASHACK, individually and in his official capacity as a police officer,<br><br>Defendants. | Case No.: C-06-6355 JSW<br><br>STIPULATION OF DISMISSAL WITH PREJUDICE AND ORDER THEREON |

IT IS HEREBY STIPULATED by the parties hereto, through their respective undersigned counsel, that the above-captioned action be dismissed, with prejudice, in its entirety as to all defendants, each side to bear its own fees and costs, pursuant to FRCP 41(a)(i).

Dated: February 6, 2008        MAKOFFS, LLP

By: _____
Charlotte Makoff
Attorney for Plaintiff MARIE BEKELE

///
///

STIPULATION OF DISMISSAL WITH PREJUDICE AND ORDER THEREON
*Bekele v. City of San Rafael*, Case No. C-06-6355-JSW

1

| | | |
|---|---|---|
| 1 | Dated: February 6, 2008 | BERTRAND, FOX & ELLIOT |
| 2 | | |
| 3 | | By: _____ |
| 4 | | Thomas F. Bertrand<br>Richard W. Osman<br>Attorneys for Defendants CITY OF SAN RAFAEL |
| 5 | | and BRAD KASHACK |

IT IS SO ORDERED:

Dated: February 22, 2008      _____
                              Honorable Jeffrey S. White
                              U.S. District Court Judge

STIPULATION OF DISMISSAL WITH PREJUDICE AND ORDER THEREON
*Bekele v. City of San Rafael*, Case No. C-06-6355-JSW